UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TAMMY SCHOENLE, )
             Plaintiff, ) Case No. 2:10-cv-02187-JCM-GWF
vs. ) **ORDER**
GSL PROPERTIES, INC., )
             Defendant. )

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 16, 2010. Defendant filed a Motion to Dismiss (#6) on February 28, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 29, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 19th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge