1   BRUCE C. YOUNG, ESQ., Bar #5560
    CORY G. WALKER, ESQ., Bar #12121
2   LITTLER MENDELSON
    3960 Howard Hughes Parkway, Suite 300
3   Las Vegas, NV  89169-5937
    Telephone:    702.862.8800
4   Fax No.:      702.862.8811

5   Attorneys for Defendant
    GSL PROPERTIES, INC.
6
    DORIS NEHME-TOMALKA, ESQ., Bar #6431
7   NEHME-TOMALKA & ASSOCIATES
    2620 Regatta Drive, Suite 102
8   Las Vegas, Nevada 89128
    702-240-5280
9   702-240-5380 (facsimile)

10  Attorneys for Plaintiff
    TAMMY SCHOENLE
11

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF NEVADA

14

15  TAMMY SCHOENLE, an individual,          Case No. 2:10-cv-02187-JCM-GWF

16              Plaintiff,
                                            **STIPULATION AND ORDER TO DISMISS**
17  vs.                                     **ACTION WITH PREJUDICE**

18  GSL PROPERTIES, INC., a Nevada
    Corporation,
19
                Defendant.
20

21          Defendant GSL PROPERTIES, INC. and Plaintiff TAMMY SCHOENLE, by and through

22  their undersigned counsel, hereby stipulate and respectfully request an order dismissing the entire

23  action with prejudice.

24          Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and

25  Order.

26  / / /

27  / / /

28  / / /

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

1    This matter has not been scheduled for trial.

2    Dated: October 13th, 2011          Dated: October 13, 2011

3

4    Respectfully submitted,           Respectfully submitted,

5

6

7    DORIS NEHME-TOMALKA, ESQ.         BRUCE C. YOUNG, ESQ.
     NEHME-TOMALKA & ASSOCIATES        CORY G. WALKER, ESQ.
8    2620 Regatta Drive, Suite 102     LITTLER MENDELSON
     Las Vegas, Nevada 89128           3960 Howard Hughes Parkway, Suite 300
9    702-240-5280                      Las Vegas, Nevada 89169
     702-240-5380 (facsimile)          702-860-8800
                                       702-860-8811 (facsimile)
10

11   Attorneys for Plaintiff          Attorneys for Defendant

12

13                            **ORDER**

14   IT IS SO ORDERED.

15                    19th
     Dated this _____ day of October, 2011
16

17

18                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26   Firmwide:104531752.1 054392.1008

27

28

2.