1  BRUCE C. YOUNG, ESQ., Bar #5560
   CORY G. WALKER, ESQ., Bar #12121
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811

5  Attorneys for Defendant
   GSL PROPERTIES, INC.
6
   DORIS NEHME-TOMALKA, ESQ., Bar #6431
7  NEHME-TOMALKA & ASSOCIATES
   2620 Regatta Drive, Suite 102
8  Las Vegas, Nevada 89128
   702-240-5280
9  702-240-5380 (facsimile)

10 Attorneys for Plaintiff
   TAMMY SCHOENLE
11

12                    UNITED STATES DISTRICT COURT

13                         DISTRICT OF NEVADA

14

15 | TAMMY SCHOENLE, an individual,    | Case No. 2:10-cv-02187-JCM-GWF
16 |              Plaintiff,           |
                                       | **STIPULATION AND ORDER TO DISMISS**
17 | vs.                               | **ACTION WITH PREJUDICE**
18 | GSL PROPERTIES, INC., a Nevada    |
   | Corporation,                      |
19 |              Defendant.           |
20

21        Defendant GSL PROPERTIES, INC. and Plaintiff TAMMY SCHOENLE, by and through

22 their undersigned counsel, hereby stipulate and respectfully request an order dismissing the entire

23 action with prejudice.

24        Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and

25 Order.

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

1  This matter has not been scheduled for trial.

2  Dated: October 13th, 2011                    Dated: October 13, 2011

4  Respectfully submitted,                          Respectfully submitted,

6  /s/ Doris Nehme-Tomalka                     /s/ Bruce C. Young
7  DORIS NEHME-TOMALKA, ESQ.           BRUCE C. YOUNG, ESQ.
   NEHME-TOMALKA & ASSOCIATES        CORY G. WALKER, ESQ.
8  2620 Regatta Drive, Suite 102                   LITTLER MENDELSON
   Las Vegas, Nevada 89128                         3960 Howard Hughes Parkway, Suite 300
9  702-240-5280                                           Las Vegas, Nevada 89169
   702-240-5380 (facsimile)                          702-860-8800
                                                                 702-860-8811 (facsimile)

11 Attorneys for Plaintiff                              Attorneys for Defendant

13                                              **ORDER**

14 IT IS SO ORDERED.

15 Dated this 19th day of October, 2011

17                                              /s/ James C. Mahan
18                                              UNITED STATES DISTRICT JUDGE

Firmwide:104531752.1 054392.1008

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800